**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,** | C.A. No. 7:26-cv-00245 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **VIASAT, INC.,** | **PATENT CASE** |
| Defendant. | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Pay As You Go, LLC states that its parent company is Patent Asset Management, LLC (a Florida LLC), and that there is no publicly held corporation owning ten percent or more of its stock.

June 29, 2026

Respectfully Submitted,

*/s/ Steven G. Kalberg*
David R. Bennett (IL Bar No. 6244214)
Steven G. Kalberg (IL Bar No. 6336131)
(admitted *pro hac vice*)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Attorneys for Plaintiff*
*Pay As You Go, LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Steven G. Kalberg*
Steven G. Kalberg