AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | | |
|---|---|---|
| PAY AS YOU GO, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    7:26-cv-00245 |
| VIASAT, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pay As You Go, LLC                                                                                                    .

Date:     06/29/2026

/s/David R. Bennett
*Attorney's signature*

David R. Bennett (IL Bar 6244214)
*Printed name and bar number*

Direction IP law
P.O. Box 14184
Chicago, IL 60614

*Address*

dbennett@directionip.com
*E-mail address*

(312) 291-1667
*Telephone number*

*FAX number*