**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLANDS-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br><br>Plaintiff,<br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant. | C.A. No. 7:26-cv-00245-DC<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**AGREED MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Plaintiff, Pay As You Go LLC ("Plaintiff"), moves the Court to extend the time within which Defendant, Viasat, Inc. ("Defendant"), is required to move, answer, or otherwise respond to Plaintiff's Complaint for Patent Infringement (the "Complaint") by an additional 15 days to September 11, 2026. In support of this Motion, Plaintiff states as follows:

1. On June 29, 2026, Plaintiff filed its Complaint alleging patent infringement against Defendant.

2. On July 7, 2026, Plaintiff served the Complaint on Defendant.

3. Defendant sought, and was granted, a thirty-day extension to August 27, 2026, to respond to the Complaint.

4. The parties seek to extend the deadline by which Defendant must move, answer, or otherwise respond to the Complaint by an additional fifteen (15) days from August 27, 2026, to September 11, 2026. A 15-day extension would result in a total of 45 days of extensions. The extension is sought not for purposes of delay but for good cause, including that Defendant needs additional time to retain outside counsel, review the Complaint, investigate the allegations and issues contained therein (including the asserted patent), and prepare a response.

5. Counsel for Plaintiff has conferred with counsel for Defendant, and the parties agree to the requested extension.

WHEREFORE, Plaintiff respectfully requests that the time in which Defendant, Viasat, Inc., must move, answer, or otherwise respond to Plaintiff's Original Complaint for Patent Infringement be extended to and include September 11, 2026.

August 13, 2026

Respectfully submitted,

By: */s/David R. Bennett*

David R. Bennett (IL Bar No.: 6244214)
Steven G. Kalberg (IL Bar No.: 6336131)
DIRECTION IP LAW
P.O. Box 14184
Chicago, Illinois 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Counsel for Plaintiff*
*Pay As You Go LLC*

## CERTIFICATE OF CONFERENCE

I certify that on August 12, 2026, I conferred with counsel for Defendant by e-mail and Defendant agrees with this motion to extend and the relief sought.

*/s/David R. Benett*
David R. Bennett

## CERTIFICATE OF SERVICE

I certify that on August 13, 2026, I served a true and correct copy of the foregoing document via the Court's Electronic Filing System, which will electronically send notice to all counsel of record.

*/s/David R. Bennett*
David R. Bennett