**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLANDS-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br><br>Plaintiff,<br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant. | C.A. No. 7:26-cv-00245-DC<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**[PROPOSED] ORDER GRANTING AGREED MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

The Court, having considered the Agreed Motion for a Second Extension of Time to Respond to the Complaint, finds that there is good cause for granting the motion. The motion is therefore GRANTED.

Defendant Viasat, Inc. shall have until September 11, 2026, to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated: ____________________

______________________________
Honorable David Counts
United States District Judge