**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| PAY AS YOU GO, LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 7:26-cv-00245-DC |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| VIASAT, INC., | § | |
| | § | |
| Defendant. | § | |

**RULE 7.1 DISCLOSURE STATEMENT OF VIASAT, INC.**

Under Rule 7.1 of the Federal Rules of Civil Procedure, defendant Viasat, Inc. submits this disclosure statement:

Viasat is a Delaware corporation and has no parent corporation.

Blackrock, Inc. is the only entity that owns 10% or more of Viasat's stock.

Date: September 11, 2026

Respectfully submitted,

*/s/ James Travis Underwood*

James Travis Underwood
State Bar No. 24102587
GILLAM & SMITH, LLP
7232 Crosswater Avenue
Tyler, Texas, 75703
+1 (903) 934-8450
+1 (903) 934-9257 facsimile
travis@gillamsmithlaw.com

*Attorneys for Defendant Viasat, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I caused the foregoing Rule 7.1 Disclosure Statement of defendant Viasat, Inc. to be served on all counsel of record through the Court's electronic filing system.

*/s/ James Travis Underwood*
James Travis Underwood