**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| PAY AS YOU GO, LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 7:26-cv-00245-DC |
| | § | |
| v. | § | |
| | § | |
| VIASAT, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF DEFENDANT VIASAT, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

I, Matthew S. Warren, declare under 28 U.S.C. § 1746 as follows:

1. I am a partner at Warren LLP, counsel for defendant Viasat, Inc. in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Patent Asset Management, LLC's Annual Report to the Division of Corporations of the State of Florida, dated April 27, 2023.

3. Attached as Exhibit 2 is a true and correct copy of Pay As You Go, LLC's Filing Information, most recently updated on October 2, 2025.

4. Attached as Exhibit 3 is a true and correct copy of Pay As You Go, LLC's Annual Report, dated October 2, 2025.

5. Attached as Exhibit 4 is a true and correct copy of Matthew Inventions, LLC's Annual Report, dated April 27, 2023.

6. Attached as Exhibit 5 is a true and correct copy of Ariel Inventions, LLC's Annual Report, dated April 27, 2023.

7. Attached as Exhibit 6 is a true and correct copy of Reagan Inventions, L.L.C.'s Annual Report, dated April 27, 2023.

8. Attached as Exhibit 7 is a true and correct copy of Rothschild Broadcast Distribution Systems, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

9. Attached as Exhibit 8 is a true and correct copy of Symbology Innovations, LLC's Texas Franchise Tax Public Information Report, dated May 10, 2019.

10. Attached as Exhibit 9 is a true and correct copy of Rothschild Connected Devices Innovations, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

11. Attached as Exhibit 10 is a true and correct copy of Location Based Services, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

12. Attached as Exhibit 11 is a true and correct copy of Rothschild Patent Imaging LLC's Texas Franchise Tax Public Information Report, dated May 14, 2018.

13. Attached as Exhibit 12 is a true and correct copy of Digital Verification Systems, LLC's Texas Franchise Tax Public Information Report, dated May 4, 2022.

14. Attached as Exhibit 13 is a true and correct copy of Coding Technologies, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

15. Attached as Exhibit 14 is a true and correct copy of Electronic Receipts Delivery Systems LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

16. Attached as Exhibit 15 is a true and correct copy of Product Association Technologies, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

17. Attached as Exhibit 16 is a true and correct copy of Rothschild Digital Confirmation, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

18. Attached as Exhibit 17 is a true and correct copy of Geographic Location Innovations, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

19. Attached as Exhibit 18 is a true and correct copy of RFID Technology Innovations, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

20. Attached as Exhibit 19 is a true and correct copy of Rothschild Biometric Systems, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

21. Attached as Exhibit 20 is a true and correct copy of Rothschild Storage Retrieval Innovations, LLC's Annual Report, dated April 29, 2015.

22. Attached as Exhibit 21 is a true and correct copy of Rothschild Digital Media Innovations, LLC's Annual Report, dated April 30, 2019.

23. Attached as Exhibit 22 is a true and correct copy of Rothschild Trust Holdings, L.L.C.'s Annual Report, dated April 30, 2019.

24. Attached as Exhibit 23 is a true and correct copy of Rothschild Location Technologies LLC's Texas Franchise Tax Public Information Report, dated May 14, 2018.

25. Attached as Exhibit 24 is a true and correct copy of Docket No. 247 in *Valve Corp. v. Rothschild*, No. 23-1016 (W.D. Wash.), dated February 11, 2026.

26. Attached as Exhibit 25 is a true and correct copy of Docket No. 78 in *Rothschild Mobile Imaging Innovations LLC v. Bank of Am. Corp.*, No. 14-1142 (D. Del.), dated September 28, 2016.

27. Attached as Exhibit 26 is a true and correct copy of Docket No. 31-4 in *Digit. Verification Sys., LLC v. Encyro, Inc.*, No. 22-686 (C.D. Cal.), dated December 9, 2022.

28. Attached as Exhibit 27 is a true and correct copy of Docket No. 12-1 in *Scanning Techs. Innovations LLC v. Smartosc US LLC*, No. 19-1002 (W.D. Wash.), dated April 22, 2020.

29. Attached as Exhibit 28 is a true and correct copy of Docket No. 10-2 in *Scanning Techs. Innovations LLC v. Pegasus U.S.A., LLC*, No. 22-1157 (D.N.J.), dated November 17, 2022.

30. Attached as Exhibit 29 is a true and correct copy of Docket No. 17-1 in *Display Techs., LLC v. Aston Martin, LLC*, No. 20-258 (D. Del.), dated December 11, 2020.

31. Attached as Exhibit 30 is a true and correct copy of Docket No. 7-2 in *Rothschild Patent Imaging, LLC v. H&M Sys. Software, Inc.*, No. 22-1161 (D.N.J.), dated November 10, 2022.

32. Attached as Exhibit 31 is a true and correct copy of Docket No. 18-1 in *Digit. Verification Sys., LLC v. Taigle, LLC*, No. 21-809 (C.D. Cal.), dated August 25, 2021.

33. Attached as Exhibit 32 is a true and correct copy of Docket No. 60-3 in *Rothschild Connected Devices Innovations, LLC v. Guardian Prot. Servs., Inc.*, No. 15-1431 (E.D. Tex.), dated February 8, 2016.

34. Attached as Exhibit 33 is a true and correct copy of Docket No. 27-1 in *Rothschild Storage Retrieval Innovations, LLC v. HTC Corp.*, No. 15-373 (N.D. Cal.), dated December 5, 2014.

35. Attached as Exhibit 34 is a true and correct copy of Docket No. 20-1 in *Rothschild Digit. Media Innovations, LLC v. Sony Comput. Ent. Am. LLC*, No. 14-3928 (N.D. Cal.), dated August 4, 2014.

36. Attached as Exhibit 35 is a true and correct copy of Docket No. 45-1 in *Rothschild Storage Retrieval Innovations, LLC v. Samsung Elecs. Co.*, No. 14-22653 (S.D. Fla.), dated December 22, 2014.

37. Attached as Exhibit 36 is a true and correct copy of Docket No. 45-1 in *Rothschild Storage Retrieval Innovations, LLC v. Samsung Elecs. Co.*, No. 15-539 (N.D. Cal.), dated December 22, 2014.

38. Attached as Exhibit 37 is a true and correct copy of Docket No. 36-1 in *Rothschild Storage Retrieval Innovations, LLC v. LG Elecs. Inc.*, No. 15-2500 (N.D. Cal.), dated December 8, 2014.

39. Attached as Exhibit 38 is a true and correct copy of Docket No. 48-1 in *Rothschild Storage Retrieval Innovations, LLC v. HTC Corp.*, No. 15-373 (N.D. Cal.), dated March 27, 2015.

40. Attached as Exhibit 39 is a true and correct copy of Docket No. 66-1 in *Rothschild Storage Retrieval Innovations, LLC v. Sony Mobile Commc'ns (USA) Inc.*, No. 15-234 (N.D. Cal.), dated April 6, 2015.

41. Attached as Exhibit 40 is a true and correct copy of Docket No. 75-1 in *Rothschild Storage Retrieval Innovations, LLC v. Samsung Elecs. Co.*, No. 15-539 (N.D. Cal.), dated April 16, 2015.

42. Attached as Exhibit 41 is a true and correct copy of Docket No. 66-1 in *Rothschild Storage Retrieval Innovations, LLC v. Apple Inc.*, No. 15-541 (N.D. Cal.), dated April 2, 2015.

43. Attached as Exhibit 42 is a true and correct copy of Docket No. 1 in *Symbology Innovations, LLC v. Lego Sys., Inc.*, No. 17-1641 (D. Conn.), dated January 3, 2017.

44. Attached as Exhibit 43 is a true and correct copy of Docket No. 26-6 in *Digit. Verification Sys., LLC v. Encyro, Inc.*, No. 22-686 (C.D. Cal.), dated November 18, 2022, including annotations in original.

45. Attached as Exhibit 44 is a true and correct copy of Docket No. 38-2 in *Digit. Verification Sys., LLC v. Encyro, Inc.*, No. 22-686 (C.D. Cal.), dated January 4, 2023, including annotations in original.

46. Attached as Exhibit 45 is a true and correct copy of Docket No. 42-1 in *Rothschild Storage Retrieval Innovations, LLC v. Sony Mobile Commc'ns (USA) Inc.*, No. 15-234 (N.D. Cal.), dated December 5, 2014.

47. Attached as Exhibit 46 is a true and correct copy of Docket No. 21-1 in *Symbology Innovations, LLC v. Lego Sys., Inc.*, No. 17-86 (E.D. Va.), dated April 17, 2017.

48. Attached as Exhibit 47 is a true and correct copy of Docket No. 248 in *Valve Corp. v. Rothschild*, No. 23-1016 (W.D. Wash.), dated February 12, 2026.

49. Attached as Exhibit 48 is a true and correct copy of Docket No. 1-1 in *Valve Corp. v. Rothschild*, No. 23-1016 (W.D. Wash.), dated July 7, 2023.

50. Attached as Exhibit 49 is a true and correct copy of Docket No. 38 in *Valve Corp. v. Rothschild*, No. 23-1016 (W.D. Wash.), dated January 16, 2024.

51. Attached as Exhibit 50 is a true and correct copy of Docket No. 18 in *Valve Corp. v. Rothschild*, No. 23-1016 (W.D. Wash.), dated September 18, 2023.

52. Attached as Exhibit 51 is a true and correct copy of https://blog.hansenpartnership.com/wp-uploads/2020/09/GNOME_final_agreement_5-20_with_schedules.pdf, accessed on October 8, 2026.

53. Attached as Exhibit 52 is a true and correct copy of the web page https://blog.hansenpartnership.com/lessons-from-the-gnome-patent-troll-incident/, accessed on October 8, 2026.

54. Attached as Exhibit 53 is a true and correct copy of an email from David Bennett, including its attachments.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12, 2026.

Matthew S. Warren