# EXHIBIT 1

**2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Apr 27, 2023**
**Secretary of State**
**2364473886CC**

DOCUMENT# L17000116365

**Entity Name:** PATENT ASSET MANAGEMENT, LLC

**Current Principal Place of Business:**

1 EAST BROWARD BLVD
SUITE 700
FORT LAUDERDALE, FL 33301

**Current Mailing Address:**

1 EAST BROWARD BLVD
SUITE 700
FORT LAUDERDALE, FL 33301 US

**FEI Number: 82-1705451**

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

ROTHSCHILD, LEIGH M
1574 NE QUAYSIDE TER
MIAMI, FL 33138 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: LEIGH M ROTHSCHILD 04/27/2023

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | ROTHSCHILD, LEIGH M |
| Address | 1 EAST BROWARD BLVD<br>SUITE 700 |
| City-State-Zip: | FORT LAUDERDALE FL 33301 |

I *hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: LEIGH M. ROTHSCHILD MANAGER 04/27/2023

Electronic Signature of Signing Authorized Person(s) Detail — Date