# EXHIBIT 2

**STATE OF WYOMING ∗ SECRETARY OF STATE**
**BUSINESS DIVISION**
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

# Filing Information

Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| Name | Pay As You Go, LLC | | |
| Filing ID | 2020-000948902 | | |
| Type | Limited Liability Company | Status | Active |

## General Information

| | | | |
|---|---|---|---|
| Old Name | Vendor Device Technologies, LLC | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 10/02/2020 9:32 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

### Principal Address

1712 Pioneer Ave Ste 500
Cheyenne, WY 82001

### Mailing Address

1712 Pioneer Ave Ste 500
Cheyenne, WY 82001

### Registered Agent Address

Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

### Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Capital Administrations LLC 1712 Pioneer Ave Suite 115 Cheyenne, WY 82001 |

### Notes

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| Name | Pay As You Go, LLC | | |
| Filing ID | 2020-000948902 | | |
| Type | Limited Liability Company | Status | Active |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2025 |
| License Tax | $60.00 | AR Exempt | N | AR ID | 13896092 |
| AR Date | 10/2/2025 3:40 PM | | | | |
| Web Filed | Y | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|---|---|

| Principal Address | Mailing Address |
|---|---|
| 1712 Pioneer Ave Ste 500<br>Cheyenne, WY 82001 | 1712 Pioneer Ave Ste 500<br>Cheyenne, WY 82001 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 06698269 | Original | 09/09/2021 | 2021 | $60.00 |
| 07677426 | Original | 09/29/2022 | 2022 | $60.00 |
| 09148047 | Original | 09/29/2023 | 2023 | $60.00 |
| 10512692 | Original | 10/01/2024 | 2024 | $60.00 |
| 13896092 | Original | 10/02/2025 | 2025 | $60.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2025-006080050 | Delinquency Notice - Tax | 10/02/2025 |
| 2022-003846219 | Name Change | 09/26/2022 |
| | Filing Name Changed From: Vendor Device Technologies, LLC To: Pay As You Go, LLC | |
| 2021-003159482 | Name Change | 03/30/2021 |
| | Filing Name Changed From: Object Recognition Innovation, LLC To: Vendor Device Technologies, LLC | |
| See Filing ID | Initial Filing | 10/02/2020 |