# EXHIBIT 3

# 2025 Limited Liability Company Annual Report

Due on or Before: October 1, 2025
ID: 2020-000948902
State of Formation: Wyoming
License Tax Paid: $60.00
AR Number: 13896092

## Pay As You Go, LLC

### 1: Mailing Address

1712 Pioneer Ave Ste 500
Cheyenne, WY 82001

### 2: Principal Office Address

1712 Pioneer Ave Ste 500
Cheyenne, WY 82001

Phone: (307) 632-3333
Email: tax@wyomingcompany.com

For Office Use Only
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

*Current Registered Agent:*
Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate form available from the Secretary of State's website at https://sos.wyo.gov

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| C. Kupec (Authorized Agent) | C. Kupec (Authorized Agent) | October 2, 2025 |
|---|---|---|
| Signature | Printed Name | Date |

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.