# EXHIBIT 22

**2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Apr 30, 2019**
**Secretary of State**
**9349846191CC**

DOCUMENT# L05000068899

**Entity Name:** ROTHSCHILD TRUST HOLDINGS, L.L.C.

**Current Principal Place of Business:**

1574 NE QUAYSIDE TERRACE
MIAMI, FL 33138

**Current Mailing Address:**

1574 NE QUAYSIDE TERRACE
MIAMI, FL 33138 US

**FEI Number: 86-1144538**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

ROTHSCHILD, LEIGH M
1574 NE QUAYSIDE TERRACE
MIAMI, FL 33138 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: LEIGH M ROTHSCHILD 04/30/2019

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | ROTHSCHILD, LEIGH M |
| Address | 1574 ME QUAYSIDE TERRACE |
| City-State-Zip: | MIAMI FL 33138 |

I *hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: LEIGH ROTHSCHILD MANAGER 04/30/2019

Electronic Signature of Signing Authorized Person(s) Detail — Date