# EXHIBIT 29

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DISPLAY TECHOLOGIES, LLC | § | |
| | § | |
| Plaintiff, | § | Case No.: 2:20-cv-258-RGA |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| ASTON MARTIN, LLC, | § | Jury Trial Demanded |
| | § | |
| Defendant. | § | |
| | § | |

**AFFIDAVIT OF LEIGH ROTHSCHILD**

COUNTY OF Miami Dade )
STATE OF Florida )
)

Leigh Rothschild, principle at Display Technologies, LLC, being duly sworn, deposes and states as follows:

1. On February 23, 2020, Display Technologies, LLC ("DT") filed a complaint against Aston Martin alleging infringement of U.S. Patent No. 9, 300,723("the '723 Patent").

2. Aston Martin, LLC has not responded to the complaint.

3. On July 17, 2020, a clerk's entry of default as to liability was entered in favor of DT.

4. In evaluating damages for patent infringement several factors must be examined including, but not limited to:

   a. the Defendant's usage of the technology that the subject patent covers, and

   b. the Defendant's revenue derived from that usage.

5. Without the benefit of discovery from the Defendant, but based on research and belief including the attached preliminary claim chart and evidence of use (Exhibit A), DT believes that Defendant has relied upon and utilized the technology embodied in the '723 Patent for a substantial portion of Defendant's business.

6. Based on revenue figures stated in its annual report, Defendant's 2019 revenue was 999 million pounds (or approximately 1.29B U.S. dollars based on the current exchange rate).

7. According to smallbusiness.chron.com as reported in March 2020, average royalty rates for patent licensing range from 3 to 6 percent of gross sales. These rates are consistent with the information that the Plaintiff has been aware of for many years.

8. Based at least on the foregoing, using a conservative 3 percent royalty rate, and considering Defendant's use of the accused technology for at least the last five years, DT believes damages could be calculated to be as much as approximately $10M dollars.

9. Plaintiff acknowledges that a number of factors could reduce the damage amount, including the percentage of the accused technology as compared to Defendant's entire product base, as well as the fact that Plaintiff has been licensing the asserted patent(s) to other parties. Therefore, Plaintiff believes that a reasonable award of damages should be in the range of from $75,000 to $1,000,000.

Leigh Rothschild

Sworn to and subscribed before me, by means of ___physical presence or ___ online notarization, this 10th day of December 2020, by April Brown.

NOTARY PUBLIC/STATE OF Texas

APRIL D. BROWN
Notary Public, State of Texas
Comm. Expires 11-17-2024
Notary ID 124711071