**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| PAY AS YOU GO, LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 7:26-cv-00245-DC |
| | § | |
| v. | § | |
| | § | |
| VIASAT, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Defendant Viasat, Inc.'s Motion to Dismiss Plaintiff's Complaint. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**. The complaint is dismissed without leave to amend.

**IT IS SO ORDERED.**

**DATED: ______________**

______________________________
HON. DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE