**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| PAY AS YOU GO, LLC, | § | |
| | § | |
| Plaintiff, | § | Case No. 7:26-cv-00245-DC |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| VIASAT, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF ATTORNEY APPEARANCE

Defendant Viasat, Inc. hereby notifies the Court and parties to this action that Matthew S. Warren of Warren LLP, 2261 Market Street, No. 606, San Francisco, California, 94114, an attorney admitted to practice before this Court, appears as counsel for Viasat in this matter. Please serve all pleadings, correspondence and other materials on Mr. Warren.

Date: October 12, 2026

Respectfully submitted,

Matthew S. Warren (California Bar No. 230565)
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-245@cases.warrenlex.com
*Attorney for Defendant Viasat, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 12, 2026, I electronically filed the foregoing document using the Court's CM/ECF system which will send electronic notification to all registered counsel.

Matthew S. Warren