**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

**PAY AS YOU GO, LLC,**

Plaintiff,

v.

**VIASAT, INC.,**

Defendant.

C.A. No. 7:26-cv-00245-DC

**JURY TRIAL DEMANDED**

**PATENT CASE**

**JOINT STIPULATION REGARDING TEMPORARY SEALING OF EXHIBIT 53 OF DKT. NO. 16**

WHEREAS, Plaintiff Pay As You Go, LLC ("Plaintiff") contends that Exhibit 53 to Defendant's Motion Under Fed. R. Civ. P. 12(b)(1) to Dismiss Plaintiff's Complaint for Lack of Standing (Dkt. No. 16-54) should be filed under seal;

WHEREAS, Defendant Viasat, Inc. ("Defendant") contends that Exhibit 53 is properly filed publicly;

WHEREAS, both Plaintiff and Defendant wish to cooperate to ensure an orderly resolution of this issue and to avoid needless emergency motion practice;

NOW, THEREFORE, Plaintiff and Defendant stipulate and agree as follows:

1. The Court should temporarily seal Dkt. No. 16-54 through October 20.

2. By October 20, Plaintiff may file an opposed motion to seal Dkt. No. 16-54. Should Plaintiff file such a motion, Dkt. No. 16-54 will remain sealed until resolution of Plaintiff's motion.

3. This stipulation shall have no effect on the Court's consideration and resolution of Plaintiff's motion, and Plaintiff and Defendant do not waive any arguments by making it.

Accordingly, the parties respectfully request that the Court enter the concurrently filed proposed order.

October 13, 2026

Respectfully submitted,

By: /s/ James Travis Underwood
James Travis Underwood
Texas Bar No. 24102587
GILLIAM & SMITH, LLP
7232 Crosswater Avenue
Tyler, Texas, 75703
+1 (903) 934-8450
+1 (903) 934-9257 facsimile
travis@gillamsmithlaw.com

Matthew S. Warren
Erika H. Warren
WARREN LLP
2261 Market Street, No. 606 San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-245@cases.warrenllp.com

*Attorneys for Defendant Viasat, Inc*

Respectfully submitted,

By: /s/David R. Bennett
David R. Bennett (IL Bar No.: 6244214)
Steven G. Kalberg (IL Bar No.: 6336131)
DIRECTION IP LAW
P.O. Box 14184
Chicago, Illinois 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Counsel for Plaintiff*
*Pay As You Go LLC*

## CERTIFICATE OF CONFERENCE

I certify that on October 13, 2026, counsel for PAYG meet and conferred with counsel for Viasat regarding the foregoing and the parties agree to the stipulated relief.

*/s/David R. Bennett*
David R. Bennett

## CERTIFICATE OF SERVICE

I certify that on October 13, 2026, I served a true and correct copy of the foregoing document via the Court's Electronic Filing System, which will electronically send notice to all counsel of record.

*/s/David R. Bennett*
David R. Bennett