**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br>Plaintiff,<br>v.<br>**VIASAT, INC.,**<br>Defendant. | C.A. No. 7:26-cv-00245-DC<br>**JURY TRIAL DEMANDED**<br>**PATENT CASE** |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING TEMPORARY SEALING OF EXHIBIT 53 OF DKT. NO. 16**

Before the Court is the parties' Joint Stipulation Regarding Temporary Sealing of Exhibit 53 of Dkt. No. 16. Having considered the stipulation and the record, the Court finds good cause to grant the requested relief.

Accordingly, IT IS ORDERED that Exhibit 53 to Defendant's Motion to Dismiss (Dkt. No. 16-54) shall be SEALED through October 20, 2026.

IT IS FURTHER ORDERED that, should Plaintiff file a motion to seal Exhibit 53 on or before October 20, 2026, Dkt. No. 16-54 shall remain SEALED pending resolution of that motion.

It is so ORDERED.

Dated: ____________________

_________________________________
Honorable Derek T. Gilliland
United States Magistrate Judge