**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **PAY AS YOU GO, LLC,** *Plaintiff,* | § | |
| *v.* | § | **CASE NO. 7:26-CV-00245-DC-DTG** |
| **VIASAT, INC.,** *Defendant.* | § | |

**ORDER TO FILE UNDER SEAL (DKT. NO. 19)**

Before the Court is the parties' Joint Stipulation Regarding Temporary Sealing of Exhibit 53. (Dkt. No. 19). Having considered the stipulation, and good cause appearing, the Court hereby **GRANTS** the stipulation.

The Clerk is **DIRECTED** to file Exhibit 53 (Dkt. No. 16-54) to the defendant's Motion to Dismiss (Dkt No. 16) under seal and title is accordingly.

**SIGNED** this 13th day of October, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE