IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| PAY AS YOU GO, LLC,<br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.<br>Defendant. | C.A. No. 7:26-cv-00245-DC-DTG<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

[PROPOSED] SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, The Court ORDERS that the following schedule will govern deadlines up to and including the trial of this matter:

| Deadline | Event |
|---|---|
| October 21, 2026 | Plaintiff serves preliminary infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (*i.e.* the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| November 20, 2026 | Deadline to file a motion to transfer. After this deadline, movants must seek leave of Court and show good cause for the delay. |
| December 18, 2026 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| January 8, 2027 | Parties exchange claim terms for construction. |

| Deadline | Event |
|---|---|
| January 22, 2027 | Parties exchange proposed claim constructions. |
| January 29, 2027 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| February 5, 2027 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| February 12, 2027 | Defendant files Opening claim construction brief, including any arguments that any claim terms are not indefinite. |
| March 5, 2027 | Plaintiff files Responsive claim construction brief. |
| March 19, 2027 | Defendant files Reply claim construction brief. |
| March 19, 2027 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed). |
| March 19, 2027 | Parties to jointly email the law clerks (see OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| April 2, 2027 | Plaintiff files a Sur-Reply claim construction brief. |
| April 6, 2027 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| April 16, 2027 | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the Markman hearing approaches. |
| May 3, 2027 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| June 11, 2027 | Deadline to add parties. |

| Deadline | Event |
|---|---|
| June 25, 2027 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| August 20, 2027 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| October 29, 2027 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| November 19, 2027 | Close of Fact Discovery. |
| December 10, 2027 | Opening Expert Reports. |
| January 14, 2027 | Rebuttal Expert Reports. |
| February 4, 2028 | Close of Expert Discovery. |
| February 11, 2028 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| February 18, 2028 | Dispositive motion deadline and *Daubert* motion deadline. |
| March 3, 2028 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| March 17, 2028 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| March 17, 2028 | Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates |
| March 24, 2028 | Serve objections to rebuttal disclosures and file Motions *in limine.* |

| Deadline | Event |
|---|---|
| March 31, 2028 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| April 7, 2028 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| April 18, 2028 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| April 21, 2028 | Final Pretrial Conference. The Court expects to set this date at the conclusion of the *Markman* Hearing. |
| May 8, 2028 | Jury Selection/Trial. The Court expects to set these dates at the conclusion of the *Markman* Hearing. |

SIGNED this __________day of ________________, 2026.

_______________________________
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

AGREED:

By: /s/ James Travis Underwood
James Travis Underwood
Texas Bar No. 24102587
GILLIAM & SMITH, LLP
7232 Crosswater Avenue
Tyler, Texas, 75703
+1 (903) 934-8450
+1 (903) 934-9257 facsimile
travis@gillamsmithlaw.com

Matthew S. Warren
Erika H. Warren
WARREN LLP

By: /s/ David R. Bennett
David R. Bennett (Illinois Bar #6244214)
Steven G. Kalberg (Illinois Bar #6336131)
(*Admitted to the U.S. Dist. Ct. for the W.D. Texas*)
DIRECTION IP LAW
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Attorney for Plaintiff*
*Pay As You Go, LLC*

2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-245@cases.warrenllp.com

*Attorneys for Defendant*
*Viasat, Inc.*