**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br>Plaintiff,<br>v.<br>**VIASAT, INC.,**<br>Defendant. | C.A. No. 7:26-cv-00245-DC<br>**JURY TRIAL DEMANDED**<br>**PATENT CASE** |

**<u>DECLARATION OF DAVID R. BENNETT</u>**

I, David R. Bennett, declare as follows:

1. I am a member of Direction IP Law, and one of the attorneys representing Pay As You Go, LLC, in this matter. I have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. I submit this Declaration in support of Plaintiff Pay As You Go, LLC's Opposed Motion to Seal Confidential FRE 408 Settlement Communications in Exhibit 53 to Defendant Viasat, Inc.'s Rule 12(b)(1) Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and correct copy an email exchange between David Bennett (counsel for plaintiff Pay As You Go, LLC) and Colin Ward (Viasat, Inc.'s Vice President, Chief Litigation Counsel) on Sept. 3, 2026, and Sept. 4, 2026.

3. Attached hereto as Exhibit B is a true and correct copy an email exchange between David Bennett (counsel for plaintiff Pay As You Go, LLC) and Travis Underwood (counsel for defendant Viasat, Inc.) on Sept. 23, 2026.

4. Attached hereto as Exhibit C is a true and correct copy of a series of emails between David Bennett (counsel for plaintiff Pay As You Go, LLC) and Matt Warren (counsel for defendant Viasat, Inc.) on Oct. 13, 2026 (without attachments).

5. Attached hereto as Exhibit D is a true and correct copy of the Assignment of U.S. Patent No. 7,013,137 and related patents to Pay As You Go, LLC, dated December 5, 2022, and recorded with the United States Patent and Trademark Office on May 3, 2023, at Reel 063520/Frame0026 *et seq*.

I declare under penalty of perjury that the foregoing is true and correct and that I have signed this declaration in Marathon, Florida, on October 19, 2026.

David R. Bennett