# Exhibit A

Outlook

**Re: PAYG LLC v. Viasat, Inc., 7:26-cv-00245 (WD Texas)**

**From** Ward, Colin <Colin.Ward@viasat.com>
**Date** Fri 9/4/2026 7:57 PM
**To** dbennett directionip.com <dbennett@directionip.com>

David:

Thanks for sending the draft and for following up. We are still considering our response, but are unlikely to have a counterproposal before we must respond to the complaint. We will continue to consider settlement options and will get back to you when we have a counterproposal. Thank you again and have a great Labor Day weekend.

Best,
Colin

**Colin Ward**
Vice President, Chief Litigation Counsel

+1 760.893.1840
6155 El Camino Real
Carlsbad, CA 92009

**From:** dbennett directionip.com <dbennett@directionip.com>
**Date:** Thursday, September 3, 2026 at 11:52
**To:** Ward, Colin <Colin.Ward@viasat.com>
**Subject:** [EXTERNAL] Re: PAYG LLC v. Viasat, Inc., 7:26-cv-00245 (WD Texas)

**This Message Is From an External Sender**
This message came from outside your organization.

CONFIDENTIAL FRE 408 SETTLEMENT COMMUNICATION

Colin

I'm following up on the draft I sent last week to see if you had any questions.

David
*Counsel for PAYG*

---

**From:** dbennett directionip.com <dbennett@directionip.com>
**Sent:** Wednesday, August 26, 2026 7:43 PM