# Exhibit B

Outlook

## Re: PAYG v Viasat - FRE 408

**From** Travis Underwood <Travis@gillamsmithlaw.com>
**Date** Wed 9/23/2026 7:23 PM
**To** dbennett directionip.com <dbennett@directionip.com>

Thanks David. I will check and get back to you.

**Travis Underwood**
Gillam & Smith LLP
Mobile: 254.495.5600
Office: 903.934.8450

---

**From:** dbennett directionip.com <dbennett@directionip.com>
**Sent:** Wednesday, 23 September 2026 18:07:26
**To:** Travis Underwood <Travis@gillamsmithlaw.com>
**Subject:** PAYG v Viasat - FRE 408

Travis,

Before your engagement I had been discussing settlement with Colin Ward at Viasat. During our last discussions, Colin had said that they were still considering the offer to settle. PAYG asked me to see if Viasat had a response on settlement. Because Viasat has engaged you as outside counsel, I am reaching out through you.

David
*Counsel for Pay As You Go*

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Tel (312) 291-1667
DBennett@directionip.com
http://www.directionip.com

**CONFIDENTIALITY WARNING:**

This e-mail may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.