# Exhibit C

Outlook

**Re: PAYG v Viasat - meet and confer today**

**From** dbennett directionip.com <dbennett@directionip.com>
**Date** Tue 10/13/2026 12:53 PM
**To** Matt Warren <matt@warrenllp.com>
**Cc** Travis Underwood <travis@gillamsmithlaw.com>; PAYG LLC v. Viasat, Inc. <26-245@cases.warrenllp.com>

2 attachments (3 MB)
Standing-Order-Governing-Proceedings-Patent-Cases-0123202.pdf; FINAL1122025-TEMPLATE-Standing-Order-re-Sealed-Docs-and-Redactions-DNM.pdf;

Matt,

In preparation for our call, attached is the Standing Order for Judge Gilstrap for patent cases along with his order on filing under seal. In particular, please review the Interim Protective Order that was in force when Viasat filed its motion.

David
*Counsel for PAYG*

---

**From:** dbennett directionip.com <dbennett@directionip.com>
**Sent:** Tuesday, October 13, 2026 11:09 AM
**To:** Matt Warren <matt@warrenllp.com>
**Cc:** Travis Underwood <travis@gillamsmithlaw.com>; PAYG LLC v. Viasat, Inc. <26-245@cases.warrenllp.com>
**Subject:** Re: PAYG v Viasat - meet and confer today

Matt,

I'm available at that time and will call the number provided.

David
*Counsel for PAYG*

---

**From:** Matt Warren <matt@warrenllp.com>
**Sent:** Tuesday, October 13, 2026 10:56 AM
**To:** dbennett directionip.com <dbennett@directionip.com>
**Cc:** Travis Underwood <travis@gillamsmithlaw.com>; PAYG LLC v. Viasat, Inc. <26-245@cases.warrenllp.com>
**Subject:** Re: PAYG v Viasat - meet and confer today

David:

I write in response to your email below. I have a telephonic hearing at 12:00 noon CT today; Travis and I can be available to meet and confer at 2:00 p.m. CT today. If that time works for you, we can use our

dial-in, (415) 851-6661. I look forward to speaking with you then.

Best Regards,
Matt Warren

--
Matt Warren matt@warrenllp.com +1 (415) 895-2928

On Tue, Oct 13, 2026 at 7:40 AM dbennett directionip.com <dbennett@directionip.com> wrote:

> Counsel for Viasat,
>
> Exhibit 53 to Viasat's Motion to Dismiss is clearly marked **"CONFIDENTIAL FRE 408 SETTLEMENT COMMUNICATION"** and **"DRAFT HIGHLY CONFIDENTIAL FRE 408."** Despite these designations, Viasat filed the document publicly and did so without notifying PAYG. Viasat's last communication indicated that it was still considering PAYG's settlement offer, and PAYG was not given an opportunity to request sealing under WDTX Local Rule CV-5-2 before Viasat disclosed the settlement discussions. PAYG sees no legitimate basis for publicly filing Exhibit 53.
>
> Please confirm that Viasat will promptly withdraw Exhibit 53 and re-file it under seal. If not, please confirm your availability at **10:00 a.m. PT / 12:00 p.m. CT today** to meet and confer regarding PAYG's Emergency Motion to Seal, which PAYG intends to file today.
>
> Sincerely,
>
> David Bennett
> *Counsel for Pay As You Go*