# Exhibit D

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT7934038

| | |
|---|---|
| **SUBMISSION TYPE:** | NEW ASSIGNMENT |
| **NATURE OF CONVEYANCE:** | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| EBM/IP, LLC | 12/05/2022 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| **Name:** | PAY AS YOU GO, LLC |
| **Street Address:** | 1712 PIONEER AVE |
| **Internal Address:** | STE 500 |
| **City:** | CHEYENNE |
| **State/Country:** | WYOMING |
| **Postal Code:** | 82001 |

**PROPERTY NUMBERS Total: 3**

| Property Type | Number |
|---|---|
| **Patent Number:** | 7013127 |
| **Patent Number:** | 8068810 |
| **Patent Number:** | 8295458 |

**CORRESPONDENCE DATA**

**Fax Number:** (801)349-2453

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Phone:** 8019696609
**Email:** geoff@dobbiniplaw.com
**Correspondent Name:** GEOFFREY E DOBBIN
**Address Line 1:** 2250 S REDWOOD RD
**Address Line 2:** STE 5
**Address Line 4:** WEST VALLEY CITY, UTAH 84119-1355

| | |
|---|---|
| **NAME OF SUBMITTER:** | GEOFFREY E. DOBBIN |
| **SIGNATURE:** | /GEDobbinEsq/ |
| **DATE SIGNED:** | 05/03/2023 |

**Total Attachments: 2**
source=Signed Exhibit B#page1.tif
source=Signed Exhibit B#page2.tif

## EXHIBIT B: ASSIGNMENT OF PATENT RIGHTS

For good and valuable consideration, the receipt of which is hereby acknowledged, EBM / IP, LLC, a limited liability company with an address at 10218 Cedar Pond Drive, Vienna VA 22182 ("**Assignor**"), does hereby sell, assign, transfer, and convey unto Pay as You Go, LLC, a Wyoming limited liability company with an address at 1712 Pioneer Avenue Suite 500, Cheyenne, WY 82001 ("**Assignee**"), all right, title, and interest that exist today and may exist in the future in and to any and all of the following (collectively, the "**Patent Rights**"):

(a) the provisional patent applications, patent applications and patents listed in the table below (the "***Patents***");
(b) all patents and patent applications (i) to which any of the Patents directly or indirectly claims priority, (ii) for which any of the Patents directly or indirectly forms a basis for priority, and/or (iii) that directly or indirectly incorporate by reference the Patents or are directly or indirectly incorporated by reference by the Patents;
(c) all reissues, reexaminations, extensions, continuations, continuations in part, continuing prosecution applications, requests for continuing examinations, divisions, registrations of any item in any of the foregoing categories (a) and (b);
(d) all items in any of the foregoing in categories (b) through (c), whether or not expressly listed as Patents below an whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, or the like;
(e) all inventions, invention disclosures, and discoveries described in any item in any of the foregoing categories (a) through (e) and all other rights arising out of such inventions, invention disclosures, and discoveries;
(f) all causes of action (whether known or unknown or whether currently pending, filed, or otherwise) and other enforcement rights under, or on account of, any of the Patents and/or any item in any of the foregoing categories (b) through (e), including, without limitation, all cause of action and other enforcement rights for
    (i) damages,
    (ii) injunctive relief,
    (iii) any other remedies of any kind

for past, current, and future infringement; and

(g) all rights to collect royalties and other payments under or on account of any of the Patents and/or any item in any of the foregoing categories (a) through (f).

| U.S. Patent or Application Number | Earliest Effective Filing Date | Title of Patent and First Named Inventor | Issue Date | Patent Term Expiration |
|---|---|---|---|---|
| US Patent No. 7,013,127 | 01/07/2003 | Systems and methods for employing "pay-as-you-go" telecommunication services; Harold S. Wills (US) | 03/14/2006 | Term Expires: 01/07/2023 plus 238 days |
| US Patent No. 8,068,810 | 01/07/2003 | Systems and methods for monitoring "pay-as-you-go" telecommunication services; Harold S. Wills (US) | 11/29/2011 | Term Expires: 01/07/2023 |
| US Patent No. 8,295,458 | 01/07/2003 | Systems and methods for monitoring "pay-as-you-go" telecommunication services; Harold S. Wills (US) | 10/23/2012 | Term Expires: 01/07/2023 |

Assignor represents, warrants, and covenants that:

(1) Assignor has the full power and authority, and has obtained all third-party consents, approvals, and/or other authorizations required to enter into this Agreement and to carry out its obligations hereunder, including the assignment of the Patent Rights to Assignee; and

(2) Assignor owns, and by this document assigns to Assignee, all right, title, and interest to the Patent Rights, including, without limitation, all right, title and interest to sue for infringement of the Patent Rights. Assignor has obtained and properly recorded previously executed assignments for the Patent Rights as necessary to fully perfect its rights and title therein in accordance with governing law and regulations in each respective jurisdiction. The Patent Rights are free and clear of all liens, claims, mortgages, security interests or other encumbrances, and restrictions. There are no actions, suits, investigation, claims or proceedings threatened, pending, or in progress relating in any way to the Patent Rights. There are no existing contracts, agreements, options, commitments, proposals, bids, offers, or rights with to, or in any person to acquire any of the Patent Rights.

Assignor hereby authorizes the United States Patent and Trademark Office to issue any and all patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Patent Rights in the name of the Assignee, as the assignee to the entire interest therein.

Assignor will, at the reasonable request and expense of Assignee and without demanding any further consideration therefor, do all things necessary, proper, or advisable, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents to assist Assignee in obtaining, perfecting, sustaining, and/or enforcing the Patent Rights. Such assistance will include providing, and obtaining from the respective inventors, prompt production of pertinent facts and documents, giving of testimony, execution of petitions, oaths, powers of attorney, specifications, declaration or other papers, and other assistance reasonably necessary for filing patent applications, complying with any duty of disclosure, and conducting prosecution, reexamination, reissue, interference or other priority proceedings, opposition proceedings, cancellation proceedings, public use proceedings, infringement or other court actions and the like with respect to the Patent Rights. With prior written approval by Assignee, Assignee will pay Assignor's reasonable costs and expenses.

The terms and conditions of this Assignment of Patent Rights will inure to the benefit of Assignee, its successors, assigns, and other legal representatives and will be binding upon Assignor, its successors, assigns, and other legal representatives.

IN WITNESS WHEREOF this Assignment of Patent Rights is executed at 4.00 PM on DECEMBER 5, 2022.

**ASSIGNOR: EBM / IP, LLC**

By: ______________________

Name: DAVID MOIR

Title: PARTNER