**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br><br>Plaintiff,<br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant. | C.A. No. 7:26-cv-00245-DC<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**[PROPOSED] ORDER GRANTING OPPOSED MOTION TO SEAL EXHIBIT 53**

Before the Court is Plaintiff Pay As You Go, LLC's Opposed Motion to Seal Confidential FRE 408 Settlement Communications in Exhibit 53 to Defendant Viasat, Inc.'s Rule 12(b)(1) Motion to Dismiss.

Having considered the motion, the applicable law, and the record, the Court finds that good cause exists to maintain Exhibit 53 under seal pursuant to Local Rule CV-5.2.

Accordingly, IT IS ORDERED that Plaintiff's Opposed Motion to Seal is GRANTED.

IT IS FURTHER ORDERED that Exhibit 53 to Defendant's Motion to Dismiss (Dkt. No. 16-54) shall remain under seal, and the Clerk is directed to restrict public access to Exhibit 53.

It is so ORDERED.

Dated: ____________________

______________________________________
Honorable Derek T. Gilliland
United States Magistrate Judge