**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br><br>Plaintiff,<br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant. | C.A. No. 7:26-cv-00245-DC<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**UNOPPOSED MOTION FOR EXTENSION**
**TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 6(b), Fed.R.Civ.Proc., Plaintiff Pay As You Go, LLC ("Plaintiff") files this unopposed motion seeking to extend Plaintiff's time to November 12, 2026, to respond to Defendant Viasat, Inc.'s Motion Under Fed.R.Civ.P. 12(b)(1) to Dismiss Plaintiff's Complaint for Lack of Standing (Dkt. #16) ("Motion to Dismiss"). Defendant does not oppose the relief requested in this motion. There is good cause for granting the extension.

Defendant filed its Motion to Dismiss on October 12, 2026. (Dkt. #11). Plaintiff's response to the Motion to Dismiss is currently due on October 26, 2026. Subject to the Court's approval, Plaintiff requests that it's time to file a response to the Motion to Dismiss be extended up to and including November 12, 2026. The reason for this requested extension is to allow Plaintiff sufficient time to investigate and address the motion that seeks to dismiss the case. No party will be prejudiced by this extension.

Plaintiff therefore respectfully requests an extension to November 12, 2026, to respond to Defendant's Motion to Dismiss.

October 25, 2026

DIRECTION IP LAW

*/s/ David R. Bennett*
David R. Bennett (Illinois Bar No. 6244214)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff*
*Pay As You Go, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), counsel for the movant has conferred with opposing counsel, who does not oppose the relief requested.

*/s/ David R. Bennett*
David R. Bennett

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2026, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ David R. Bennett*
David R. Bennett