**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br><br>Plaintiff,<br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant. | C.A. No. 7:26-cv-00245-DC<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2), Fed.R.Civ.Proc., Plaintiff Pay As You Go, LLC ("Plaintiff") seeks leave to file a First Amended Complaint.

Plaintiff filed its complaint on June 29, 2026. (Dkt. #1). Pursuant to the parties' proposed Scheduling Order, the deadline to amend pleadings is October 29, 2027. (Dkt. #21-1 at 3). Furthermore, Federal Rule of Civil Procedure 15(a)(2) provides that a court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). Leave to amend is appropriate here because the case is at its early stages, discovery has not opened, and the proposed amendment is timely according to the schedule the parties' proposed if the Court enters the parties agreed Scheduling Order. The amendment is not sought for purposes of delay, and permitting the amendment will not unduly prejudice Defendant.

Plaintiff has conferred with counsel for Defendant regarding the relief requested in this Motion. Defendant does not oppose Plaintiff's request for leave to file an amended complaint.

A copy of Plaintiff's proposed First Amended Complaint is attached as Exhibit 1.

October 26, 2026

DIRECTION IP LAW

*/s/ David R. Bennett*
David R. Bennett (Illinois Bar No. 6244214)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff*
*Pay As You Go, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), counsel for the movant has conferred with opposing counsel, who does not oppose the relief requested.

*/s/ David R. Bennett*
David R. Bennett

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ David R. Bennett*
David R. Bennett