**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant. | C.A. No. 7:26-cv-00245-DC<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**[PROPOSED] ORDER**

The Court, having considered the Unopposed Motion for Leave to File an Amended Complaint, finds that there is good cause to grant the motion. The motion is therefore GRANTED.

Plaintiff Pay As You Go, LLC, shall have one week from the date of this Order to file an amended complaint.

IT IS SO ORDERED.

Dated: ____________________

____________________________________
Honorable Derek T. Gilliland
United States Magistrate Judge