**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **PAY AS YOU GO, LLC,** | § | |
| ***Plaintiff,*** | § | |
| ***v.*** | § | **CASE NO. 7:26-CV-00245-DC-DTG** |
| **VIASAT, INC.,** | § | |
| ***Defendant.*** | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (DKT. NO. 28)**

Before the Court is the plaintiff's unopposed motion for leave to amend complaint (Dkt. No. 28). Having considered the motion, the Court finds that the motion should be **GRANTED**. The Clerk of the Court is **INSTRUCTED** to file the plaintiff's first amended complaint (Dkt. No. 28-1) and title it as such.

**SIGNED** this 27th day of October, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE