**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| PAY AS YOU GO, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VIASAT, INC.,<br><br>*Defendant*. | Case No. 7:26-cv-00245-DC |

**ORDER DENYING PLAINTIFF'S TO MOTION TO SEAL**

Before the Court is Plaintiff's to Motion to Seal. The Court, having considered same, is of the opinion the motion should be **DENIED**.

Signed this ______ day of _________________, 2026.

______________________________
**DEREK T. GILLILAND**
**UNITED STATES MAGISTRATE JUDGE**