**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| PAY AS YOU GO, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 7:26-cv-00245-DC |
| | § | |
| VIASAT, INC, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the Motion Under Federal Rule of Civil Procedure 12(b)(6) for Partial Dismissal of Plaintiff's Amended Complaint by Defendant Viasat, Inc. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**. Counts II and III of the amended complaint are dismissed without leave to amend.

**IT IS SO ORDERED.**

**DATED: _____________**

______________________________

HON. DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE