**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br><br>Plaintiff,<br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant. | C.A. No. 7:26-cv-00245-DC<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**ATTACHMENTS TO:**

**PAY AS YOU GO, LLC'S OPPOSITION TO VIASAT, INC.'S MOTION UNDER FED.R.CIV.P. 12(b)(1) TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF STANDING**

David R. Bennett (IL Bar No.: 6244214)
Steven G. Kalberg (IL Bar No.: 6336131)
DIRECTION IP LAW
P.O. Box 14184
Chicago, Illinois 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Attorneys for Plaintiff*
*Pay As You Go, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ David R. Bennett*
David R. Bennett