# Exhibit C

# *State of Florida*

## *Department of State*

I certify from the records of this office that PATENT ASSET MANAGEMENT, LLC is a limited liability company organized under the laws of the State of Florida, filed on May 25, 2017, effective May 23, 2017.

The document number of this limited liability company is L17000116365.

I further certify that said limited liability company has paid all fees due this office through December 31, 2026, that its most recent annual report was filed on April 24, 2026, and that its status is active.

***Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Twenty-fourth day of April, 2026***

*Secretary of State*

**Tracking Number: 9215237960CC**

**To authenticate this certificate,visit the following site,enter this number, and then follow the instructions displayed.**

**https://services.sunbiz.org/Filings/CertificateOfStatus/CertificateAuthentication**