**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br>Plaintiff,<br>v.<br>**VIASAT, INC.,**<br>Defendant. | C.A. No. 7:26-cv-00245-DC-DTG<br>**JURY TRIAL DEMANDED**<br>**PATENT CASE** |

**DECLARATION OF LEIGH M. ROTHSCHILD**

1. I am the Manager of Pay As You Go, LLC ("PAYG"). I am also the Manager of Patent Asset Management, LLC. I have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. I submit this Declaration in support of Pay As You Go, LLC's Opposition to Viasat, Inc.'s Motion Under Fed.R.Civ.P. 12(b)(1) to Dismiss Plaintiff's Complaint for Lack of Standing.

2. PAYG has not assigned any right, title, or interest in the U.S. Patent No. 7,013,127 ("the '127 Patent") to PAM or to me.

3. I have no right to bring a lawsuit for infringement of the '127 Patent or to seek damages for infringement of the '127 Patent.

4. PAM has no right to bring a lawsuit for infringement of the '127 Patent or to seek damages for infringement of the '127 Patent.

5. EMB/IP, LLC, the assignor or the '127 Patent to PAYG, is not affiliated with me, PAYG, PAM, or any company that I manage, own, and/or control.

I declare under penalty of perjury that the foregoing is true and correct and that I signed this declaration in Dade County, Florida, on November 12, 2026.

Leigh M. Rothschild

11 November 2026