**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br><br>Plaintiff,<br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant. | C.A. No. 7:26-cv-00245-DC-DTG<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**PAY AS YOU GO, LLC'S OPPOSITION TO**
**VIASAT, INC.'S MOTION UNDER FED.R.CIV.P. 12(b)(1)**
**TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF STANDING**

# Exhibit B

CONFIDENTIAL DOCUMENT

ENTIRE DOCUMENT REDACTED