PUBLIC - REDACTED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br><br>Plaintiff,<br>v.<br><br>**VIASAT, INC.,**<br><br>Defendant. | C.A. No. 7:26-cv-00245-DC-DTG<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**PAY AS YOU GO, LLC'S OPPOSITION TO**
**VIASAT, INC.'S MOTION UNDER FED.R.CIV.P. 12(b)(1)**
**TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF STANDING**

# Exhibit D

PUBLIC - REDACTED

FIRST HORIZON

**May 9, 2024**

**Pay As You Go LLC**

**1 East Broward**
**BLVD, Ste 700**
**FT. Lauderdale, FL**
**33301**

**RE: Active**
**Relationship**

To Whom It May Concern,

I have received a request to confirm Pay As You Go LLC has an active account relationship with First Horizon Bank. Also, the relationship in question is in good standing. Please feel free to call me should you have any questions in this regard.

ABA: [redacted]
Account: [redacted]

**Sincerely,**

**Daniel Matienzo**
**305.476.5513**
**Vice President**
**Music, Sports & Entertainment Banking**