**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br>Plaintiff,<br>v.<br>**VIASAT, INC.,**<br>Defendant. | C.A. No. 7:26-cv-00245-DC-DTG<br>**JURY TRIAL DEMANDED**<br>**PATENT CASE** |

**AGREED MOTION FOR EXTENSION OF TIME**
**TO FILE BRIEFING ON DEFENDANT'S MOTIONS TO DISMISS**

Pursuant to Rule 6(b), Fed.R.Civ.P., Plaintiff Pay As You Go, LLC ("Plaintiff") and Defendant Viasat, Inc. ("Defendant") (together, the "Parties") file this agreed motion seeking to extend the deadlines for the following briefs relating to Defendant's Motion Under Fed. R. Civ. P. 12(b)(1) to Dismiss Plaintiff's Complaint for Lack of Standing (Dkt. #16) (the "12(b)(1) Motion") and Defendant's Motion Under Fed. R. Civ. P. 12(b)(6) for Partial Dismissal of Plaintiff's Amended Complaint (Dkt. #34) (the "12(b)(6) Motion"). The Parties agree to the relief requested in this motion, and there is good cause for granting the extensions.

The Parties jointly request the following extensions:

(1) Defendant's Reply in Support of the 12(b)(1) Motion (Dkt. #16), currently due November 19, 2026, be extended to November 25, 2026;

(2) Plaintiff's Opposition to the 12(b)(6) Motion (Dkt. #34), currently due November 24, 2026, be extended to December 1, 2026; and

(3) Defendant's Reply in Support of the 12(b)(6) Motion (Dkt. #34) be extended to December 15, 2026.

The reason for these requested extensions is to allow the Parties sufficient time to address the pending motions. No party will be prejudiced by these extensions.

The Parties therefore respectfully request that the Court grant this agreed motion and extend the above deadlines as set forth.

November 17, 2026

Respectfully submitted,

By: /s/ James Travis Underwood
James Travis Underwood
Texas Bar No. 24102587
GILLIAM & SMITH, LLP
7232 Crosswater Avenue
Tyler, Texas, 75703
+1 (903) 934-8450
+1 (903) 934-9257 facsimile
travis@gillamsmithlaw.com

Matthew S. Warren
Erika H. Warren
WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
26-245@cases.warrenllp.com

*Attorneys for Defendant Viasat, Inc.*

Respectfully submitted,

By: /s/David R. Bennett
David R. Bennett (IL Bar No.: 6244214)
Steven G. Kalberg (IL Bar No.: 6336131)
DIRECTION IP LAW
P.O. Box 14184
Chicago, Illinois 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Counsel for Plaintiff*
*Pay As You Go LLC*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(g), counsel for the movant has conferred with counsel for Defendant, who agrees to the relief requested.

*/s/ David R. Bennett*
David R. Bennett

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ David R. Bennett*
David R. Bennett