**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br>Plaintiff,<br>v.<br>**VIASAT, INC.,**<br>Defendant. | C.A. No. 7:26-cv-00245-DC-DTG<br>**JURY TRIAL DEMANDED**<br>**PATENT CASE** |

**[PROPOSED] ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO FILE BRIEFING ON DEFENDANT'S MOTIONS TO DISMISS**

Before the Court is the Agreed Motion for Extension of Time to File Briefing on Defendant's Motions to Dismiss filed by Plaintiff Pay As You Go, LLC and Defendant Viasat, Inc. Having considered the motion, and noting that the relief requested is agreed, the Court finds that good cause exists and that the motion should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that the deadlines are extended as follows:

(1) Defendant's Reply in Support of Defendant's Motion Under Fed. R. Civ. P. 12(b)(1) to Dismiss Plaintiff's Complaint for Lack of Standing (Dkt. #16) is due on or before Wednesday, November 25, 2026;

(2) Plaintiff's Opposition to Defendant's Motion Under Fed. R. Civ. P. 12(b)(6) for Partial Dismissal of Plaintiff's Amended Complaint (Dkt. #34) (the "12(b)(6) Motion") is due on or before Tuesday, December 1, 2026; and

(3) Defendant's Reply in Support of the 12(b)(6) Motion (Dkt. #34) is due on or before Tuesday, December 15, 2026.

SIGNED this ____ day of ______________, 2026.

______________________________
Honorable Derek T. Gilliland
United States Magistrate Judge