**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **PAY AS YOU GO, LLC,** | § | |
| ***Plaintiff,*** | § | |
| ***v.*** | § | **CASE NO. 7:26-CV-00245-DC-DTG** |
| **VIASAT, INC.,** | § | |
| ***Defendant.*** | § | |

**ORDER GRANTING MOTION TO EXTEND DEADLINES (DKT. NO. 38)**

Before the Court is the parties' Agreed Motion for Extension of Time to File Briefing on Defendant's Motions to Dismiss. Dkt. No. 38. Having considered the Motion, and good cause appearing, the Motion is **GRANTED**.

It is **ORDERED** as follows:

1. The defendant's reply in support of its Motion to Dismiss for Lack of Standing (Dkt. No. 16) is due on or before November 25, 2026.
2. The plaintiff's opposition to the defendant's Motion for Partial Dismissal of Plaintiff's Amended Complaint (Dkt. No. 34) is due on or before December 1, 2026.
3. The defendant's reply in support of its Motion for Partial Dismissal of Plaintiff's Amended Complaint (Dkt. No. 34) is due on or before December 15, 2026.

**SIGNED** this 18th day of November, 2026.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE